**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ATLANTIC HOUSING PARTNERS,**
**LLLP, COVINGTON CLUB, LLLP, and**
**CPG CONSTRUCTION, LLLP,**

        **Plaintiffs,**

-vs-　　　　　　　　　　　　　　　　　　　Case No. **6:09-cv-769-Orl-22KRS**

**CITY OF OVIEDO,**

        **Defendant.**
_____

**ORDER**

This cause is before the Court on Defendant, City of Oviedo's, Motion for Attorneys' Fees and Costs (Doc. No. 64) filed on February 5, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice .

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 8, 2010 (Doc. No. 65) is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendant, City of Oviedo's, Motion for Attorneys' Fees and Costs (Doc. No. 64)

is DENIED without prejudice to refiling, if appropriate, within twenty days after the issuance of a mandate on the appeal by the Eleventh Circuit. To the extent Defendant seeks an award of taxable costs, it shall file a Bill of Costs with supporting documents within twenty days after the issuance of a mandate on the appeal by the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 26, 2010.

Copies furnished to:

Counsel of Record

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge